1 DEVIN A. DONOHUE (SBN 190030)
ddonohue@pldlawyers.com
2 E. DANIEL ROBINSON (SBN 254458)
drobinson@ldattorneys.com
3 LOMBARDI & DONOHUE LLP
800 Wilshire Boulevard, Suite 800
4 Los Angeles, CA 90017
Telephone: (213) 688-0430
5 Fax: (213) 688-0440

Attorneys for Petitioner
JOHN C. SHAWVER

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SHAWVER, | Civil Case No. 8:19-cv-01797-DOC-DFM |
| Petitioner, | [Assigned to the Honorable David O. Carter] |
| vs. | |
| SOTEIRA CAPITAL, LLC AND DEREK C. CLARK, | **ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT THEREON** |
| Respondents. | **[12]** |

Pursuant to the stipulation of the Parties, and for good cause shown, the Court orders as follows:

Pursuant to the Petitioner's Petition herein, the November 26, 2018 JAMS arbitration award in favor of Petitioner and against Respondents in the amount of $208,700.00, plus interest accruing from August 28, 2015, at an annual rate of 7% is hereby confirmed.

IT IS SO ORDERED.

DATED: December 6, 2019      BY: *David O. Carter*
DAVID O. CARTER
U.S. District Judge